## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Michael Hill, et al.

                            Plaintiff,

v.                                          Case No.: 1:09−cv−00328
                                            Honorable Joan B. Gottschall

Sentry Credit, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2009:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Notice of
Dismissal Without Prejudice [9], this case is dismissed without prejudice pursuant to
Fed.R. 41(a)(1)(A)(i). Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.